# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATHANAEL LENARD REYNOLDS, )
)
       Plaintiff, )
)
v. )     Civil Action No. 15-2157 (UNA)
)
TYLER BRYANT BROWN, *et al.*, )
)
       Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. Generally, the plaintiff alleges that the defendants violated rights protected under the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution in prosecuting the criminal case against plaintiff in the state courts of South Carolina. He demands compensatory damages among other relief.

"[U]nder *res judicata*, 'a final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action.'" *Drake v. FAA*, 291 F.3d 59, 66 (D.C. Cir. 2002) (citing *Allen v. McCurry*, 449 U.S. 90, 94 (1980)) (emphasis omitted). Because the plaintiff's claims were brought or could have been brought in his prior lawsuit, *see Reynolds v. Brown*, No. 4:15-cv-865, 2015 WL 4077168 (D.S.C. Mar. 5, 2015) (Magistrate Judge's Report and Recommendation to dismiss constitutional claims "against Williamsburg County Assistant Solicitors Tyler B. Brown . . . and Kimberly V. Barr . . . , and Sumter County Solicitor Ernest A. Finney III"), *adopted*, 2015 WL 4078552 (D.S.C. June 30, 2015), the claims are now barred. An Order is issued separately.

DATE: 1/14/2016

_____
United States District Judge